# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 22, 2008

Charles R. Fulbruge III
Clerk

No. 07-41058
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JESUS ERASMO ALANIZ-GARCIA, also known as Jesus Alaniz-Garcia

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No.7:06-CR-363-1

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jesus Erasmo Alaniz-Garcia (Alaniz) has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Alaniz has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.